NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FERNANDO MORALES,**

*Plaintiff-Appellant*

**v.**

**SQUARE, INC.,**

*Defendant-Appellee*

---

2015-1319

---

Appeal from the United States District Court for the Western District of Texas in No. 5:13-cv-01092-DAE, Senior Judge David A. Ezra.

---

**JUDGMENT**

---

FERNANDO MORALES, Rancho Viejo, TX, pro se.

STEFANI E. SHANBERG, Wilson, Sonsini, Goodrich & Rosati, PC, San Francisco, CA, for appellee. Also represented by ROBIN L. BREWER; DAVID H. KRAMER, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM .

      **AFFIRMED.  *See* Fed. Cir. R. 36.**

COSTS

Costs awarded to Square, Inc.

      ENTERED BY ORDER OF THE COURT


 October 16, 2015              /s/  Daniel  E.  O'Toole
       Date                    Daniel E. O'Toole
                              Clerk of Court